**Order entered October 3, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00780-CV

## NYLONDAJAZZ SHARNESE, Appellant

### V.

## ULTIMA REAL ESTATE, INC., A TEXAS COMPANY, JOSE LOPEZ, A INDIVIDUAL, IIIANA SILVA, A INDIVIDUAL, REBECCA RODRIGUEZ, A INDIVIDUAL, AND DOES 1-20, INCLUSIVE, Appellees

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00174-2014**

## ORDER

The Court has before it appellant's September 27, 2016, fourth motion to extend time to file her amended brief. Appellant's brief was originally due January 13, 2016. After we granted an extension of time, appellant filed her brief on February 12, 2016. When the court reporter sought leave to file an amended copy of the reporter's record, we abated the appeal for a hearing to determine whether the record contained inaccuracies. At the same time, appellant filed a motion seeking an extension of time to file an amended brief. Although it took several months to resolve the issue of the record, a supplemental reporter's record was filed May 24, 2016, and appellant's amended brief was due June 22, 2016. Since that time, appellant has filed four motions to extend time to file her amended brief. In August, she filed a motion for additional

time, noting that she had retained the services of an attorney who needed time "to prepare a more comprehensive brief of the issues raise on appeal." The September motion, asking for an extension until October 28, 2016, is substantially identical to the August motion.

We **GRANT** appellant's motion only to the extent we extend the time for filing appellant's amended brief to **OCTOBER 10, 2016**. No further extensions will be granted. If appellant fails to file her amended brief by October 10, 2016, the Court will take whatever action it deems appropriate, including ordering the appeal to proceed on appellant's February 12, 2016 brief or dismissing the appeal for appellant's failure to comply with the Court's order. *See* TEX. R. APP. P. 42.3(c). Appellant's motion is in all other respects **DENIED**.


/s/    ELIZABETH LANG-MIERS
JUSTICE